**PART B - RESPONSE**

| LEE, ROBERT | T15204 | 1909-119-069 | SANTA ROSA C.I. | G1211L |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

YOUR REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL HAS BEEN RECEIVED, REVIEWED AND EVALUATED.

THIS INCIDENT IS UNDER REVIEW BY THE USE OF FORCE UNIT OF THE OFFICE OF THE INSPECTOR GENERAL. UPON COMPLETION OF THIS REVIEW, INFORMATION WILL BE PROVIDED TO APPROPRIATE ADMINISTRATORS FOR FINAL DETERMINATION AND HANDLING.

BASED ON THE ABOVE INFORMATION, YOUR GRIEVANCE IS DENIED.

FUTURE INQUIRIES CONCERNING THESE ALLEGATIONS SHOULD BE ADDRESSED TO THE INSTITUTIONAL INSPECTOR BY SUBMITTING A DC6-236, INMATE REQUEST.

A COPY OF THIS GRIEVANCE HAS BEEN FORWARDED TO THE INSTITUTIONAL INSPECTOR.

P. RODRIGUEZ

WALKER CLEMMONS, WARDEN

| [signature] | [signature] | 9/5/19 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

Acting

SEP 06 2019

Lee, R. #T15204 3:20-cv-5462-MCR-HTC

United States District Court
Northern District of Florida
Pensacola Division

PROVIDED TO SANTA ROSA C.I. ON MAR 03 2021 FOR MAILING BY RL

Robert S. Lee,
Plaintiff,

v.

T. McCraine Et. AL.
Defendant(s).

Case: 3:20-cv-5462-MCR-HTC

Evidence/Discovery/For Summary Judgment

Pursuant to Local Rules, Plaintiff, pro se, submits the following

1. X-Ray's hand & back right hand
2. Sick calls 9-6-19, 9-8,19, 9-22-19
3. Grievance Excessive Force 1909-119-069 Denied 24 hours
4. Inspector Denied Grievance
5 Property slip 9-4-19 — 9-7-19 Returned by T.R. Miller
6. Affidavit Johnny Hill #J33728
7. Use of Force (F.A.C) 33-602.210
8. Authorization of Use of Force F.S. 944.35
9. Inmate Property 33-602.201 (F.A.C)
10. Grievance 1909-119-086 Approved
11 Medical File / Mental Health Records
12. Incident Reports Tona
13. Richburg I.R.
14. Cathnach I.R.

FILED USDC FLND PN MAR 5 '21 PM1:53

15. Dice I. Report
16. McCraine I. Report
17. Major B. Oaks I. report
18. C. Williams I. Report
19. T.R. Miller I. Report
20. Use of Force Video/Audio Sept 4th 2019
21. Inspector General Summary Report.
22. Boatwright Incident Report
23. Jones C. Incident Report
24. Adams V. C.I.T. Report 9-4-2019
25. Diagram of Injury Nurse Jobst K. 9-4-19
26. Emergency Room Report 9-4-19
27. Nurse Sharp Diagram of Injury
28. Order Doctor Mobic Pain Meds
29. disciplinary Report

Notice: Medical would not provide records. They have no respect for court order or/and dead-line. Att. General does have entire medical/mental health file Plaintiff signed consent form, Incident Reports are in Att. General possession.

/s/ ROBERT S. Lee
Pro Se #T15204
Robert S. Lee
S.R.C.I. M/unit
5850 East Milton Road
Milton FLA. 32583

**PART C - RECEIPT (TO BE COMPLETED BY DC STAFF)**

RETURN TO:

| LEE, ROBERT | T15204 | 1909-119-069 | SANTA ROSA C.I. | G1211L |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

I ACKNOWLEDGE RECEIPT THIS DATE OF A GRIEVANCE FROM THE ABOVE INMATE IN REGARD TO THE FOLLOWING SUBJECT:

10 (COMP AGAINST STAFF)

| 9/5/19 | 1909-119-069 |
|---|---|
| DATE | FORMAL GRIEVANCE LOG NUMBER |

Lee, R. T15204 # 3:20-cv-5462-MCR-HTC

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

3:20-cv-5462-MCR-HTC

Lee. R. T15204

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☑ Warden ☐ Assistant Warden ☐ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

| Lee | Robert | S. | T15 204 | Santa Rosa Correction Inst. |
|---|---|---|---|---|
| Last | First | Middle Initial | DC Number | Institution |

1909-119-069

**Part A – Inmate Grievance**

Sensative Nature of Battery Against Staff HAD NO RIGHT TO close door

This Formal Complaint is against Prison officials here at Santa Rosa Correctional Institution Main Unit. I Robert S. Lee T15204 whom is housed in G1211 was in my cell on September 4th 2019 around 2:30 pm to 3:30 pm officer Tona & LT. of Gulf dorm approached my cell telling me do I wanna run it or cuff up? I am minding my business. Well I was C.I.T. by Counsel Adams. They then used chemical agents 3 separate times. After the 1st round the LT. Dice comes outside my back window & tells me he has orders from up top to send the Extraction Team in my cell to teach me a lesson. Then the next 2 rounds of chemical agents were dummy shots - no gas was sprayed - cans was empty. That was done so the officers could come in my cell to teach me a lesson! without being choked. So I tell the Nurse and LT. Inkrainy I'd cuff-up & take a shower. I tried to comply with the strip search; gave up my pants & shirt, even dropped my boxers. The officers made it seem like I refused. The whole time I submitted. Well I laid face down with my hands on top of my head. They door was rounded I was punched at least 30 times. Someone even hit me with cuffs split my left ear, the left side of my head an behind my right ear is split. My left eye is swollen. Two of the officers stuck the fingers in my eyes trying to claw them out. They are bloodshot. Both LT. Dice & Inkrainy stood in the doorway so the camera could not get a visual of the incident. They even pulled the door closed once or twice. One of the officers even got up & kicked me 2 times in the head saying stop hitting him. There's blood splashed on my wall where the blow from the cuff split my ear & head. Someone bent my thumb back & I was not resisting. These action were indifferent, cruel & improper by the standards of 33.208.002 and 33.602.210 & 211. Why I was seeing the nurse I asked them is that apart of protocol. Officer tells me that's what happens when you run the team. Remedy ↓

9-4-19 — DATE

Robert S. Lee T15204 — SIGNATURE OF GRIEVANT AND D.C. #

To be tried Fairly against Abuse From Staff & cruel Punishment

***BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** Ø / ______
# Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: ______ (Date) Institutional Mailing Log #: ______ ______ (Received By)

**DISTRIBUTION:** INSTITUTION/FACILITY: INMATE (2 Copies), INMATE'S FILE, INSTITUTIONAL GRIEVANCE FILE

CENTRAL OFFICE: INMATE, INMATE'S FILE - INSTITUTION/FACILITY, CENTRAL OFFICE INMATE FILE, CENTRAL OFFICE GRIEVANCE FILE

RECEIVED SEP 0 5 2019

DC1-303 (Effective 11/13)

Incorporated by Reference in Rule 33-103.006, F.A.C.

INSP 10H DOC UOP W

SEP 25 2019

**PART B - RESPONSE**

| LEE, ROBERT | T15204 | 19-6-33971 | SANTA ROSA C.I. | G1211L |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your appeal has been reviewed and evaluated. The subject of your grievance was previously referred to the Office of the Inspector General. It is the responsibility of that office to determine the amount and type of inquiry that will be conducted. This inquiry/review may or may not include a personal interview with you. Upon completion of this review, information will be provided to appropriate administrators for final determination and handling.

As this process was initiated prior to the receipt of your appeal, your request for action by this office is denied.

A. JOHNS

| | A. Johns | 9/20/19 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

3:20-cv-5462-MCR-HTC
Lee R. #T15204

3:20-cv-5462-MCR-HTC

**FLORIDA DEPARTMENT OF CORRECTIONS**

RECEIVED
SEP 16 2019
Department of Corrections
Inmate Grievance Appeals

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden ☐ Assistant Warden ☑ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| Lee | Robert | S. | T15204 | Santa Rosa Corr. Inst. M/U |
|---|---|---|---|---|
| Last | First | Middle Initial | DC Number 19-6-33971 | Institution |

Excessive Force Complaint

**Part A – Inmate Grievance**

Amended Grievance of Appeal # 1909-119-069 - Attached - Photo's were not took - Medical Records - This Civil Complaint is Against Prison officials for using excessive force to which is in violation of U.S. Const. of Eighth Amendment's which prohibits against "cruel and unusual punishment": On September 4th 2019 prison officials at Santa Rosa Correctional Institution had no justification as to why they approached my cell - Robert Lee T15204 - G1211L time around 1:00 pm to 3:30 pm check & store all footage of cameras on wing in G1 & Sally Port, You will see those officials just picking random cells G1221, G1119, & G1107 to put on property restriction! They Leave for 5 or 10 minutes but come back straight to my cell! Telling me do I wanna run it or cuff up? I was not even on the door at the time! I refuse but I don't know whats going on. C.O. Tova wasn't even assigned to this post to work - check work log. So then I'm C.I.T. by Psych V. Adams whom would not listen to my side. So then C.O. Cattunach comes with chain for door. C.O. Boatwright brings the camera (portable). After the first application of chemical agents you will see L.T. Dice Exit the Front door of Gulf dorm to come to my back window - sallyport camera as proof - freeze & store - He tells me he has orders to teach me a lesson & to send in the Extraction Team. Then the next 2 final rounds the [can] had really nothing come out of it. So then L.T. Inkrainy comes back with Nurse Jobst I agree to cuff-up. L.T. Inkrainy advises the portable that I was "willing" to comply to her lawful command. So L.T. Inkrainy comes back cell-front with (2) of the cell-extraction members #1 Cattunach & #2 unknown name, I strip out my clothing check portable camera. I drop my boxers You will see [Cattunach] motion his head to the right as some kind of signal to the L.T. Inkrainy. She then slams the flap saying I'm not complying. It was arranged in bad-faith or intent to cause a scene making it seem like I'm not complying. L.T. Dice already told me I was gonna be taught a lesson." To determine whether the evidence goes beyond a mere dispute over the reasonableness of a particular use of force by prison officials or the existence of arguably superior alternatives". Unless it appears that the evidence, viewed in light most favorable to the plaintiff or movant, will support a reliable inference of wantonness in the infliction of pain under this standard the case will be easy to prove - Kornagay v. Burt 2011 U.S. Dist. Lexis 23520. So L.T. Inkrainy goes and get the whole extraction team & L.T. Dice, she askes me am I gonna cuff-up - again I agree to cuff. She ask am I going to strip - I tell her I just did. You can here me saying O.K. But she says she's sending the Team in. I spoke out loud that I'm now about to lay-on my plastic mattress face-down with my hands behind my head →

| 9-11-19 | Robert Lee T15204 |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

• Provide Names of Each officials - deliberate indifference shown - ear needed to be glued shut continue

***BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** 7 / Robert S. Lee
\# Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on:______________ (Date) Institutional Mailing Log #:______________ 10h 119 (Received By)

**DISTRIBUTION:**

**INSTITUTION/FACILITY**
INMATE (2 Copies)
INMATE'S FILE
INSTITUTIONAL GRIEVANCE FILE

**CENTRAL OFFICE**
INMATE
INMATE'S FILE - INSTITUTION/FACILITY
CENTRAL OFFICE INMATE FILE
CENTRAL OFFICE GRIEVANCE FILE



1909-119-069

3:20-cv-5462-MCR-HTC

So the cell door is rolled - now just be mindful & listen & watch movement of each staff. I'm on my stomach on the mattress - defenseless - they still rush in, attacking me. So they flop down with the shield - watch both L.T.'s & the camera's if the movement changes I'm being punched at all angles, someone even trys to pull my boxers down. I was cuffed within 10 seconds. The person to my left hits me with cuffs a few times then passes them to the person on my right & he hits me. I was hit in the back really hard with the handcuffs - body chart and scar as proof. I ask out loud yall hitting me with handcuffs - someone then says well you need to cuff-up and stop resisting. Now the one on the right is trying to break my finger & thumb my head is being pent by someone & the one on the left is raising up & kicks me 4x times in the face & head. Then he changes positions stand-or-kneeling in front of me unloaded punches to the top & the side of my head. Whatever they was wearing on there hands had chemical agents smeared on them they deliberately tryed to put my eye's out & I was unable to stop them - I'm in handcuffs. [There was one of my legs cuff the whole time as well]. This can't be how a normal use of Force would go because what was being done was down right cruel & unusual. Someone was even hitting me in my lower back. No matter how many pain pills I'm still hurting! Again I was even hit very, very hard in the inside of my ear with the handcuffs. Deep cut will show - Emergency Room Record & Diagram of Injury & Portable will show proof of injurys. Ordinary punches don't cause these kind of injurys." The Eighth Amendment of the United States Constitution forbids "cruel and unusual punishments" U.S.C.A. VIII. [Goebert v. Lee County], 510 F.3d 1312. To prevail on an excessive force claim against prison officials, an inmate must establish both a subjective and objective component. [Johnson v. Moody], 206 F. App'x 880, 883 (11th Cir. 2006.) The subjective component requires proof that the officials acted "with a sufficiently culpable state of mind". The objective component requires proof that "the alleged wrongdoing was objectively harmful enough to establish a constitution violation. In other words" Force that is repugnant to the conscience of mankind".; Johnson, 206 F. App'x at 884-85 (quoting Hudson, 503 U.S. at 9-10); Then you will see as I'm coming out of cell blood coming out of ear & head. My left eye was swollen-shut. Knots all over my head. I even believe they was trying to block angle of camera from seeing my injurys. From the acts described of what honestly took place inside cell, the injurys, that can be shown on Records & portable camera - it was applyed maliciously and sadistically to cause or inflict pain or physical harm. So after cold-water show which you will see again my face was being avoided from portable camera. I'm being checked by

nurse who straight-up tells me - you're banged-up pretty good. She cleans my head, back & ear. My eye was shut on the left side from being hit & kicked. She wanted to take me to medical to see doctor to look at my ear - it needed to be glued shut. Some offical tells her I can't go cause it's the middle of count. I was told that she would refer me to see doctor. [9-10-19] spoke with same nurse whom told me she hasn't turned in report (incident report)! Because she thinks security has my medical records: Strange - I thought security wasn't suppost to have access to those records. Then she should have turned in her report no later that (24) hours per - 33-602.210 F.A.C. To which is a violation of due Process of U.S.C.A 14th Amendments. 33-208.002(13) No employee shall falsify reports or records"! I told her in front of them (security) that day what happened to me & how I substained these injurys beat with handcuffs. 33-208.002(14) & 33-602.210 F.A.C. 33-208.002(19) is directly to all whom wrote reports that day * No employee shall knowingly submit inaccurate or untruthful information for or on any Dept. of Corrections records, reports or documents. So then I'm escorted to hallway check portable camera & sallyport camera. You can see the blood coming out ear (left) & side of (left) head. So I ask the officer in a wine voice why yall hit me with handcuffs! Listen to what he says. Stop being disorderly. I'm put back in cell G1211 - camera man C.O. Jones watches me for 20 minutes when it's written Ch. 33-602.210 F.A.C. requires 60 minutes check wing camera, over entrance G1 watch him exit. But he whispered when we was alone - they fucked you up. 33-602.210 Post-use of Force Protocol (a) (9) Any employee who witnesses, has reasonable to suspect, or has knowledge that any inmate has been a victim or subject of an unlawful battery or has been abused in violation of law or the Departments Administrative rules shall immediately submit a Use of Force Incident Report Form DC6-210(A) to the warden or designee describing his or her observations, knowledge or suspicion. [No employee shall commit battery on or engage in cruel and inhumane treatment of any inmate.] "All reports involving allegations of inmate abuse, neglect, or battery shall be sent to the Inspector General Office w/o unnecessary delay. When a constitutional violation such as a unprovoked beaten takes place in a supervisor's presence the offical is directly liable under section 1983". Ensley v. Soper, 142 F. 3d, 1402, 1407 (11th Cir. 1998) relying on Byrd v. Clark, 783 F.2d 1002, 1007 (11th Cir. 1986. Both LT.s could have [intervene] Aside from being able to stop the illegal conduct, there must be a failure to take "reasonable steps to protect" the victims from another's excessive force. See Fundiller v. City of Cooper City, 777 F.2d 1436, 1442 (11th Cir. 1985). I'm suffering mental anguish, emotional stress & pain and suffering physically. Remedy For Appeal To be Treated Fairly Against - Cruel and Unusual Punishment - and anything else your office feels I deserve for my pain & troubles with officers involved.

**PART B - RESPONSE**

| LEE, ROBERT | T15204 | 1909-119-186 | SANTA ROSA C.I. | G1211L |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

YOUR REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL HAS BEEN RECEIVED, REVIEWED AND EVALUATED.

THE ISSUE OF YOUR COMPLAINT HAS BEEN REFERRED TO THE INVESTIGATIVE SECTION OF THE OFFICE OF THE INSPECTOR GENERAL FOR APPROPRIATE ACTION. UPON COMPLETION OF NECESSARY ACTION, INFORMATION WILL BE PROVIDED TO APPROPRIATE ADMINISTRATORS FOR FINAL DETERMINATION AND HANDLING.

AS ACTION HAS BEEN INITIATED, YOU MAY CONSIDER YOUR APPEAL APPROVED FROM THAT STANDPOINT ONLY.

P. RODRIGUEZ

WALKER CLEMMONS, WARDEN

SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE

9/27/19
DATE

SEP 30 2019

3:20-cv-5462-MCR-HTC

Lee R. #T15204

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

3:20-cv-5462-MCR-HTC

TO: ☑ Warden ☐ Assistant Warden ☐ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

| Lee | Robert | S. | T15204 | Santa Rosa Correctional Institution |
|---|---|---|---|---|
| Last | First | Middle Initial | DC Number | Institution |

1909-119-186

**Part A – Inmate Grievance**

Sensative Nature of Prison Rape Elimanation Act -Nationwide- This Federal Claim Formally Addresses My Complaint against prison offials L.T. Dice, L.T. Inkrainy, C.O. Cattnach, C.O. Tona, C.O. Jones, C.O. Boatwright, whomever else was present at this time spoke. This incident occured at Santa Rosa Correctional Institution Main Unit; on September 4th 2019 time 2:30pm to 3:15pm [Film] over Gulf 1 entrance stored as proof & proable camera as proof & stored. You will see me escorted - Robert S. Lee #T15204 housed in G1211 - to the cold-water shower where I'm stripped out my boxers in plan view outside the shower. L.T. Inkrainy authorized this to be done to me. At the time whom ever took my boxers off brushed his hand against my buttock. I can't say nothing b/c of the predicament I was in & the pain that I was feeling. At that time each offical present never bothered to protect my privacy by placing the P.R.E.A. shield in Front of the shower. So I'm exposed for all to see & theres a Female (L.T. Inkrainy) present during all this. Some of the officers are waring smirks on their Faces as if this is getting them off from seeing me in this pain & me being esposed in the nude. No one Attempted to try to grant my privacy - especially - being in the presents of a Female offical whom should have been the first to consider this P.R.E.A. shield being placed in Front of the shower. So as I'm done with the shower I'm backed out again to have boxers put on & I feel my buttock being brushed again - creepy - Feeling. So as I turn to walk I peep & see the camera operator C.O. Jones with a smirk on his Face. — As defintioned in "18 U.S. Const. § 2246 as contact between the penis and the gentials or mouth or anus or penetration of the gentials or anus by a finger or any object with intent to abuse or arouse sexual desire". I was already injuried so I could not fathom the strength to protest on the subject b/c I had just been beaten & under alot of pain. Had I might they would have blocked the camera & I'd be in my grave. Im suffering mental stress, emotional stress, mental angrusih & straight-up embarassed. If you listen to the audio 3:00pm to 4:30pm some one announces how they was in Front of captains office celebrating watch film on portable camera. Remedy Seeking is Justice

9-12-19 "That officer brushed my buttock on purpose." Robert Lee T15204

DATE SIGNATURE OF GRIEVANT AND D.C. #

Along with protect my rights as a human being [P.R.E.A.] nationwide meaning I deserve privacy

***BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** 1 / R. Lee

\# Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: ______________ Institutional Mailing Log #: ______________ ______________

(Date) (Received By)

DISTRIBUTION: INSTITUTION/FACILITY
INMATE (2 Copies)
INMATE'S FILE
INSTITUTIONAL GRIEVANCE FILE

SEP 12 2019

CENTRAL OFFICE
INMATE
INMATE'S FILE - INSTITUTION/FACILITY
CENTRAL OFFICE INMATE FILE
CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)

Incorporated by Reference in Rule 33-103.006, F.A.C.

10P vo Oakes/not read/not 11

**PART B - RESPONSE**

| LEE, ROBERT | T15204 | 1909-119-298 | SANTA ROSA C.I. | G1211L |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

YOUR REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL HAS BEEN RECEIVED, REVIEWED AND EVALUATED.

THIS INCIDENT IS UNDER REVIEW BY THE USE OF FORCE UNIT OF THE OFFICE OF THE INSPECTOR GENERAL. UPON COMPLETION OF THIS REVIEW, INFORMATION WILL BE PROVIDED TO APPROPRIATE ADMINISTRATORS FOR FINAL DETERMINATION AND HANDLING.

BASED ON THE ABOVE INFORMATION, YOUR GRIEVANCE IS DENIED.

FUTURE INQUIRIES CONCERNING THESE ALLEGATIONS SHOULD BE ADDRESSED TO THE INSTITUTIONAL INSPECTOR BY SUBMITTING A DC6-236, INMATE REQUEST.

A COPY OF THIS GRIEVANCE HAS BEEN FORWARDED TO THE INSTITUTIONAL INSPECTOR.

P. RODRIGUEZ

WALKER CLEMMONS, WARDEN

SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE

9/25/19

DATE

SEP 26 2019

3:20-cv-5462-MCR-HTC

Lee, Robert
#T15204

**FLORIDA DEPARTMENT OF CORRECTIONS**

3:20-cv-5462-MCR-HTC

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden ☑ Assistant Warden ☐ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| Lee | Robert | S. | T15204 | Santa Rosa Correction Inst. M/U |
|---|---|---|---|---|
| Last | First | Middle Initial | DC Number | Institution |

1909-119-298

**Part A – Inmate Grievance**

Emergency Grievance Check Audio/Video 7:00 to 730

On Sept. 15, 2019 officer T.R. Miller stops at my cell door G1211 at 7:00 AM to 7:30 AM to tell me that [Sgt. Westburg] told him to give me a message: He said that I better lay-down & stop writing grievances about what they did to me on Sept. 4th 2019. C.O. [Miller] stated that [Westburg] said that I wasn't gonna run it with them no more so lay my black-ass down. Then C.O. Miller askes me did he SGT. Westburg really hit you with handcuffs? So I show him my back & my ear & my head - the injurys. Sgt. Westburg is assigned to Echo on this date mentioned.

Argument

● Care, Custody & Control

Remedy For Administrative Remedy
Justice, Equal Protect & Keep Your Staff in order with the demands of my constitutional Rights as provided by Law [Federal & State] Laws.

I've been already injuried so now what you gonna grant this or do I gotta Report to the proper Authoritys on the outside For proper handling & support.

9-16-19 — DATE

Robert S. Lee #T15204 — SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: 0 / ________ (# / Signature)

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: ________ (Date) Institutional Mailing Log #: ________ ________ (Received By)

DISTRIBUTION: SEP 17 2019

INSTITUTION/FACILITY: INMATE (2 Copies); INMATE'S FILE; INSTITUTIONAL GRIEVANCE FILE

CENTRAL OFFICE: INMATE; INMATE'S FILE - INSTITUTION/FACILITY; CENTRAL OFFICE INMATE FILE; CENTRAL OFFICE GRIEVANCE FILE

104 INSD DOC UOF IN

3:20-cv-5462-MCR-HTC

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

# INMATE REQUEST

Mail Number:
Team Number:
Institution:

TO: (Check One) ☐ Warden ☐ Asst. Warden ☐ Classification ☐ Security ☐ Medical ☐ Mental Health ☐ Dental ☐ Other

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Lee | T15204 | G1211 | | |

**REQUEST** Check here if this is an informal grievance ☐

To: 314 West Jefferson St. Tallahassee 32310

Sick-call Turned in 9-8-19

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): DC#:

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE** DATE RECEIVED:

9/6/19 LT left note for G1221, 1107, 1119 To get they property back

9/7/19 1216 Hughes & Wheaton Told Me Paperwork says 8:35 pm incident happened & put on property Retristion. Told them I was hit with handcuffs stated that's what you get when you run our team.

[The following pertains to informal grievances only:

Based on the above information, your grievance is ______________. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Print Name): Official (Signature): Date:

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

OCT 18 2019

**PART B - RESPONSE**

| LEE, ROBERT | T15204 | 19-6-36415 | SANTA ROSA C.I. | G2209L |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your administrative appeal has been reviewed and evaluated. The response that you received at the institutional level has been reviewed and is found to appropriately address the concerns that you raised at the institutional level as well as the Central Office level.

Your administrative appeal is denied.

J. ADAMS

| | J. Adams | 10/14/19 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

3:20-cv-5462-MCR-HTC
Lee R. # T15204

3:20-cv-05462-MCR-HTC

FLORIDA DEPARTMENT OF CORRECTIONS

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED
OCT 09 2019
Department of Corrections
Appeals

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden ☐ Assistant Warden ☑ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| Lee | Robert | S. | T15204 | Santa Rosa Correctional I |
|---|---|---|---|---|
| Last | First | Middle Initial | DC Number | Institution |

19-6-36415

Appeal For # 1909-119-086 **Part A – Inmate Grievance** P.R.E.A. Nationwide

The Formal P.R.E.A. Federal violation was approved by the warden at Santa Rosa Correctional Institution. I feel as though my Remedies were not granted upon my standards "Justice"! I was told by a officer that C.O. Tona & Sgt. Richburt were put on post at the Annex here at Santa Rosa! B/c of the matter of what occured on Sept. 4th 2019 to me - Robert S. Lee. It's not just (them) you have L.T. McCraine, L.T. Dice, C.O. Bontwright C.O. Jones, & others whom all partipated in the act of degrading, exposing & belittling me as a man! Honestly by them filming this makes it a even worser violation." (18 U.S.C. Const. §2246)" gives me the right to not be touched sexually or exposed in the nude * especially by Florida Dept. of Correction officals whom ~~both~~ violated my Federal Civil Rights as well as there own code of conduct 33-208.002. Both L.T.'s Dice & L.T. McCraine whom were the Supervisor's on this date never minded the fact that by standard of [F.A.C. 33-602.210] there never was a disciplinary report wrote. Remember it was said I refused to shower - so they forced me a shower. Now you ~~the~~ use common-sense & go by the rules! No one followed any policy or procedure. Check portable camera from the time I gave them my blues & shirt! "I complied". They all had a plan & it was all recorded on Tape, just look - I was stripped on camera in front of All to see Me. Mentally, Emotionally I'm not satisfied with ~~which~~ the meaning of the Warden's "Justice". Ø Tolerance means exactly that whether inmate or offical! ~~[illegible]~~ With the mental angruish & emotional stress of how I'm suffering, U.S. Const. Fourteenth Amend. Due Process and Equal Protection I derserve the same treatment as any other person whether white, black or other! Justice along with Federal Rights are due to All alive, we being American Citizens we are All equal! "Even the physical pain still reminds me." Remedy Seeking Justice & All involved sandtioned to the highest degree possible. Anything else that's PROPER & JUST. Thank You

10-7-19
DATE

Robert S. Lee T15204
SIGNATURE OF GRIEVANT AND D.C. #

***BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** (On) 0, ________ Signature

Officer Boatwright
Officer Jones Lt. Dice
Lt. McCrainie
officer # Tona
1909-119-186 | 19

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: ____________ (Date) Institutional Mailing Log #: ____________ ____________ (Received By)

DISTRIBUTION:

INSTITUTION/FACILITY
INMATE (2 Copies)
INMATE'S FILE
INSTITUTIONAL GRIEVANCE FILE

CENTRAL OFFICE
INMATE
INMATE'S FILE - INSTITUTION/FACILITY
CENTRAL OFFICE INMATE FILE
CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)

Incorporated by Reference in Rule 33-103.006, F.A.C.

P.L.R.A. 42 U.S.C. 1997e (a), provides: No action shall be brought with Respect to prison conditions under (42 U.S.C. 1983), or any other Federal Law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted. Woodford v. Ngo, 548 U.S. 81, 126 S.Ct. 2378, 2382, 165 L.Ed.2d 368. (2006).

It is difficult to define "such remedies as are available" to an inmate in a way that incl[illegible] Remedies or requirements for remedies that an inmate does not know about, and cannot dis[illegible] through reasonable effort, by the time they are needed.

These officials violated Federal Rights of P.R.E.A. and it appears that the Warden does not understand ~~[illegible]~~ justice. Officers stripped me naked & touched me buttock on camera in front of the whole unit. I'm not happy with the outome.

All this was done without my consent & I was deprived mentally, emotionally & physically look at the way my Face & upper body looked - I was man-handled. All this was a game to them. Had to be because no one Followed "Policy or Procedures".

Check D.R. Worksheet I never recieved any violation or report. So Basically this was for Laughs or some kind of hiden desires. Especially after seeing them outside the captains office Looking at the Film minutes later. Very unprofessional by them all whom didn't care to be seen celebrating what was just done to me.

P.R.E.A. *NO means NO*

Ø Tolerance Means Whatever Sanctions handed out go by the Rules to punish them involved. Justice Applies to me & my Right to not be touched or Exposed *PERIOD* DUE PROCESS!!!

/s/ Robert S. Lee
#T15204

T15204
3:20-cv-5462-MCR-HTC

# DEPARTMENT OF CORRECTIONS

## Inmate Impounded Personal Property List
(Please Print)

Inmate's Name LEE, ROBERT Inmate Number T15204

Institution SANTA ROSA ANNEX (G121) Date Property Stored 9-4-19

| Item | Number | Code | Item | Number | Code |
|---|---|---|---|---|---|
| SLIDES (PR) | 1 | S | NOTHING FOLLOWS | | |
| COTTON SWABS (USED) | 1 | S | | | |
| SOCKS (PR) | 2 | S | | | |
| BOXERS | 1 | S | | | |
| T-SHIRT | 1 | S | | | |
| BLUE BOTTOMS | 1 | S | | | |
| BAGS | 2 | S | | | |
| LONG UNDERWEAR TOP | 1 | S | | | |
| LONG UNDERWEAR BOTTOM | 1 | S | | | |
| CARDS (USED) | 1 | S | | | |
| DEODERANT (USED) | 1 | S | | | |
| TOOTH PASTE | 2 | S | | | |
| SOAP DISH | 1 | S | | | |
| MISC PAPERWORK | — | S | | | |
| BOOKS | 4 | S | | | |
| (1) (1 BAG) | | | | | |
| NOTHING FOLLOWS | | | | | |

I. Signature of Officer(s) inventorying property:

9-4-19 — Date — M. KUNKA — Officer's Name PRINT — Rank

[signature] — Signature of Officer

9-4-19 — Date — C. Z. Brack — Officer's Name PRINT

[signature] — Signature of Officer

II. The personal property listed above was inventoried in my presence and is a true listing of all personal property taken from me.

Date — Signature of Inmate

III. I have on this date received all of the above personal property marked K – Inmate allowed to keep.

Inmate Number

Date — Name of Officer issuing property PRINT

Signature of Officer issuing property

IV. I have on this date received all of the above listed personal property which has been stored.

9-7-19 — Date — Robert L

V.

Date

Signature of Officer ... Rank

ORIGINAL ... inmate, then original

Symbols ...
S - Stored
C - contraband/confiscated
K - ...

COPY - To inmate ...
COPY - To inmate's Personal Property ...

DC6-... (Revised 10/06) ... Incorporated By Reference in Rule 33-602.201, F.A.C.

Ex. A

3:20-cv-5462-MCR -HTC

Lee R. #T15204

# Sworn Affidavit of Johnny L. Hill.

I do hereby testify, under penalty of perjury, that the following statement as written by me, Johnny Lee Hill, DC# J33928, in my own handwriting and as true and correct to my very own knowledge.

## *STATEMENT*

On the date of Sep. 4, 2019, while housed @ Santa Rosa, C.I. - Main Unit (G-Dorm), I was standing @ my cell door (G-1114) and I witnessed L.T. Inkrainey @ cell G-[illegible] (which is directly across ~~[illegible]~~ the hall from my cell) and which housed Inmate Robert Lee. L.T. Inkrainey was with another officer @ Inmate Lee's cell and was ordering him to a strip search. I saw Inmate Lee comply with the strip search, handing his clothes to the officer through the flap on the door. I then saw the officer shake his head slightly @ L.T. Inkrainey, as if to give her some type of signal. L.T. Inkrainey then slammed the flap closed and walked off, saying "Bring the team in", meaning the extraction team. Moments later, L.T. Inkrainey returned with the "extraction" team in tow and

L.T Dice was also present when they got to Inmate Lee's cell, L.T. Inkrainey asked him if he was going to comply with a strip search? Inmate Lee stated that he already had and his blues (blue prison uniform) was already gone. I then saw and heard Inmate Lee's cell door being rolled open. I then saw the extraction team run into the cell. As I looked and strained my vision, I saw that upon the extraction team entering the room, Inmate Lee was already lying on the floor on his mattress with his hands behind his back. But, despite this, the extraction team still pounced Inmate Lee. L.T's Inkrainey and Dice was saying, "Stop resisting, Inmate. Inmate, stop resisting." Although, I DID NOT see Inmate Lee resisting @ all. Instead, I saw several officers punching Inmate Lee with objects over their closed fists and others kicking him, while L.T.'s Inkrainey and Dice attempted to block the doorway and the handheld cameras view. Once they were done beating Inmate Lee up, and as he was being escorted out of the cell and past my cell, I saw that Lee's left eye was swollen shut and blood looked to be draining

from his head and and ear.

This Affidavit is true and correct as to what I, myself, witnessed.

(S) Johnny Hill

Johnny Lee Hill,
DC# A33728

Lee. R #T15204
3:20-cv-5462-MCR-HTC

DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

# INMATE SICK-CALL REQUEST

Date: 9-6-19 Time: 5:00 AM

Inmate Name: Robert Lee DC#: T15204

Housing assignment: G1211 L

Job assignment: CM2

Problem:

☐ Pass/pass renewal

☐ Medication renewal

☐ Need information (explain): ______

☐ Mental Health

☐ Dental

☑ Medical (explain): My Left ear is damaged badly, My eye I can not see good - blurry vision, My head has cuts in it, my left shoulder is hurting me badly. My eyes are hurting - from officers scratching with Fingernails. I was hit with handcuffs, & beaten wrongfully Kicked in the head even. My Fingers are dislocated -Right hand- Blood-shot Red eyes
*Nurse told me I would be seen by doctor*

When did problem/symptoms start? Sept. 4th 2019

**Inmate Name** R. Lee (Robert)
**DC#** T15204 **Race/Sex** B/M
**Date of Birth** 1-14-81
**Institution** Santa Rosa M/Unit

Distribution: Original—Nursing Supervisor
Pink—Inmate (**special housing only**-otherwise destroy copy)
This form is not to be amended, revised, or altered without approval by the Office Health Services-Administration

3:20-cv-05462-MCR-HTC

2nd ⟷ Sickcall

DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

# INMATE SICK-CALL REQUEST

Date: 9-8-19 Time: 5:30 AM

Inmate Name: Robert Lee DC#: T15204

Housing assignment: G1211L

Job assignment: CM 2

Problem:

☐ Pass/pass renewal

☐ Medication renewal

☐ Need information (explain):

☐ Mental Health

☐ Dental

☑ Medical (explain): On Sept. 4th 2019 staff (officers) beat me with handcuffs, punches & kicked me. I'm having blurry vision (black eyes), bruises on my upper body, my left ear has a cut in it from being hit with cuff, my back has cuff make on it, back is hurting all over.

Nurse Wanted to Take Me To Medical b/c of injury security denied her to do her JOB.

When did problem/symptoms start? Sept. 4th 2019

**Inmate Name** Robert S. Lee
**DC#** T15204 **Race/Sex** B/M
**Date of Birth** 1-14-81
**Institution** Santa Rosa Corr. Inst. M/U

Distribution: Original—Nursing Supervisor
Pink—Inmate (**special housing only**-otherwise destroy copy)

This form is not to be amended, revised, or altered without approval by the Office Health Services-Administration

F.D.L.E.
P.O. Box 1489
Tallahassee, FLA
32302

Lee R. #T15204
3:20-cv-5462-MCR-HTC

DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

# INMATE SICK-CALL REQUEST

Date: Sept. 22 2019 Time: 4:00 pm

Inmate Name: Robert Lee DC#: T15204

Housing assignment: G1211 L

Job assignment: CM 2

Problem:

- ☐ Pass/pass renewal
- ☐ Medication renewal
- ☐ Need information (explain):
- ☐ Mental Health
- ☐ Dental
- ☑ Medical (explain): MY LEFT EAR HURTS. MY LEFT EYE HURTS. MY BACK HURTS, MY RIGHT FINGER HURTS. HURT BAD

When did problem/symptoms start? 9-4-19

**Inmate Name** Robert Lee
**DC#** T15204 **Race/Sex** B M
**Date of Birth** 1-14-81
**Institution** Santa Rosa

Distribution: Original—Nursing Supervisor
Pink—Inmate (**special housing only**-otherwise destroy copy)

This form is not to be amended, revised, or altered without approval by the Office Health Services-Administration

**MobilexUSA**

# RADIOLOGY REPORT

**THIS REPORT IS BASED SOLELY UPON THE RADIOGRAPHIC EXAMINATION. CORRELATION WITH THE CLINICAL EXAMINATION IS ESSENTIAL.**

CONFIDENTIALITY NOTICE: This facsimile (including any accompanying documents) is intended for the use of MobilexUSA or the use of the named addressee(s) to which it is directed, and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee(s) or person(s) authorized to deliver it to the named addressee(s). If you received this facsimile in error, please report the error by calling the MobilexUSA Privacy Office toll free at 866.686.1717, and providing your name, telephone number and the date. Once you have reported the error, someone from the Privacy Office will contact you within one business day. They may ask you to fax back the information you received so that the company can correct its records and prevent further miscommunication. Please keep the information in a secure place until you are contacted by the Privacy Office and complete the return of the information to that office. Once this is done, please destroy all copies of the mistakenly sent information, without forwarding it. Thank you for your cooperation.

**Facility:** SANTA ROSA CI - 9944
5850 EAST MILTON ROAD
MILTON, FL 32583-7914

**DOS:** 10/09/2019
**Case:** 30992012

**Patient:** LEE, ROBERT
**Number:** T15204
**DOB:** 01/14/1981 **Age:** 38
**Room:** (MED)

**Examination:**

HAND MINIMUM 3 VIEWS, RIGHT

Results: Soft tissue swelling index finger. No fracture, dislocation, arthritic disease in the hand, particularly index finger. Benign exostosis proximal phalanx fifth finger.

Conclusion: Soft tissue swelling. No acute bone or joint finding.

Electronically signed by SCOTT B LOVELESS, MD 10/9/2019 4:25:42 PM EDT.

LUMBAR SPINE AP and LAT
Comparison: July 24, 2019

Results: The lumbar spine is normal. No degenerative disc disease, malalignment, fracture, spondylolysis, bone destruction. SI joints normal. No change compared to the previous study.

Conclusion: Normal lumbar spine.

Electronically signed by SCOTT B LOVELESS, MD 10/9/2019 4:25:42 PM EDT.

**(Continued on Next Page)**

10/15/19
W. Santiago Miranda, MD
Santa Rosa CI
Main/Annex/Work Camp

South East Region
13773 ICOT BLVD
CLEARWATER, FL 33760
800.940.0389

**Physician:** DEBRA FICKLING, FNP

If you have questions or would like to consult with a Rely Radiologist please call 972-468-3590

RECEIVED
OCT 10 2019
Santa Rosa C.I.
Medical Records

Lee, R. #T15204

3:20-cv-5462-MCR-HTC

**MobilexUSA**

# RADIOLOGY REPORT

**THIS REPORT IS BASED SOLELY UPON THE RADIOGRAPHIC EXAMINATION. CORRELATION WITH THE CLINICAL EXAMINATION IS ESSENTIAL.**

CONFIDENTIALITY NOTICE: This facsimile (including any accompanying documents) is intended for the use of MobilexUSA or the use of the named addressee(s) to which it is directed, and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee(s) or person(s) authorized to deliver it to the named addressee(s). If you received this facsimile in error, please report the error by calling the MobilexUSA Privacy Office toll free at 866.686.1717, and providing your name, telephone number and the date. Once you have reported the error, someone from the Privacy Office will contact you within one business day. They may ask you to fax back the information you received so that the company can correct its records and prevent further miscommunication. Please keep the information in a secure place until you are contacted by the Privacy Office and complete the return of the information to that office. Once this is done, please destroy all copies of the mistakenly sent information, without forwarding it. Thank you for your cooperation.

**Facility:** SANTA ROSA CI - 9944
5850 EAST MILTON ROAD
MILTON, FL 32583-7914

**DOS:** 10/09/2019
**Case:** 30992012

**Patient:** LEE, ROBERT
**Number:** T15204

**DOB:** 01/14/1981 **Age:** 38
**Room:** (MED)

**Examination:** **(continued)**

10/15/19
W. Santiago Miranda, MD
Santa Rosa CI
Main/Annex/Work Camp

RECEIVED
OCT 10 2019
Santa Rosa C.I.
Medical Records

**Radiologist:** **Date:** 10/09/2019 **Time:** 04:25pm ET

Scott Loveless

SCOTT LOVELESS,MD/LE
RADIOLOGIST
**Physician:** DEBRA FICKLING, FNP

If you have questions or would like to consult with a Rely Radiologist please call 972-468-3590

South East Region
13773 ICOT BLVD
CLEARWATER, FL 33760
800.940.0389

Lee R. #T15204

3:20-cv-5462-MCR-HTC

 3:20-cv-MCR-HTC

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**INMATE REQUEST**

119-1911-0266

Mail Number:
Team Number:
Institution: Santa Rosa M/U

TO: (Check One) ☐ Warden ☐ Asst. Warden ☐ Classification ☐ Security ☑ Medical ☐ Mental Health ☐ Dental ☐ Other

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Robert Lee | T15204 | G2213 | CM I | 11-13-19 |

**REQUEST**

Check here if this is an informal grievance ☑

I have a medical complaint as of not receiving my meds that doctor ordered on 9/24/19 & was re-ordered October 8th 2019. Several nurses checked chart & seen that I was ordered to take [MOBICK]. It has not been given to me & time has passed over the amount of time required. Review medical file

Remedy Medication for my pain in hand & back as soon as possible. Due Process granted

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): Robert S. Lee DC#: T15204

IG Medical Meds

DO NOT WRITE BELOW THIS LINE

**RESPONSE**

DATE RECEIVED: NOV 13 2019

Your grievance has been received, reviewed & evaluated. A review of your chart shows your mobic medication was written on 9/24/19 for 14 days. Your prescription has expired. Please go to sick call for medical concerns. Your grievance is denied.

[The following pertains to informal grievances only:

Based on the above information, your grievance is denied. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Print Name): K. Bennett, MA, LMHC Jr. Health Services Administrator Santa Rosa CI / Annex / WC
Official (Signature): [signature] Date: 11/18/19

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.
Informal Grievances and Inmate Requests will be ...

3:20-cv-5462-MCR-HTC

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**INMATE REQUEST**

119-1910-0303

Mail Number:
Team Number:
Institution: Santa Rosa C.I. M/U

TO: (Check One) ☐ Warden ☐ Asst. Warden ☐ Classification ☐ Security ☐ Medical ☐ Mental Health ☐ Dental ☑ Other Inspector

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Robert Lee | T15204 | G2113 S | CM I | 10/7/19 |

**REQUEST**

Check here if this is an informal grievance ☑

Sir or Ma'am I have been unsuccessful with "Security Management," "as" you directed me to write them for the STAFF MEMBERS names in the # 19-15599 Use of Force.
I have a approved P.R.E.A. grievance on the same staff members — Warden said to come to you on an thing concerning these matters.
Remedy Seeking For the case # For my P.R.E.A. complaint and the names of all partys involved

Federal Violation so Don't Delay

Thank you

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): R. Lee DC#: T15204

SI Inspector

DO NOT WRITE BELOW THIS LINE

**RESPONSE**

DATE RECEIVED: OCT 0 9 2019

Recieved Reviewed & Evaluated

Your allegations were reported to the IG by Security & The IG intake unit referred your allegations to Security Management for handling. NO IG Investigation initiated.

[The following pertains to informal grievances only:

Based on the above information, your grievance is ________. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Print Name): Sr Insp K Custafson Official (Signature): [signature] Date: 10/8/19

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

G-2209
13
3:20-cv-5462-MCR-HTC
Lee. R. #T15204

**FLORIDA DEPARTMENT OF CORRECTIONS**
**REFUSAL OF HEALTH CARE SERVICES**

This is to certify that I am refusing the following:

- [ ] Medical Services
- [ ] Mental Health Services
- [ ] Dental Services
- [ ] Medication
- [x] Lab/Diagnostic testing X-Ray Hand & Wrist
- [ ] Other Security Risk Refused to wring

I understand this refusal is against the advice of my health care providers. I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment/medication and I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.

**Signature of Patient*** **Date/Time**

**Two Witnesses:** I, D. Nause am a health care staff member and I have witnessed the patient voluntarily sign this form/refuse to sign the form.

D. Nauseam — Signature of Witness
RN — Title of Witness

I, Ofc M. Lien am a staff member who is not the patient's health care provider for this procedure and I have witnessed the patient voluntarily sign this form/refuse to sign the form.

[signature] — Signature of Witness
CO — Title of Witness

I am aware that this patient refused the proposed procedure/ treatment/medication and has signed this form/ refused to sign the form.

[signature] — Signature of Clinician
10/4/19 — Date/Stamp
W. Santiago Miranda, MD
Santa Rosa CI
Main/Annex/Work Camp

Interpreter/translator: To the best of my knowledge, the patient understood what was interpreted/translated and voluntarily signed this form/refused to sign the form.

Signature of Interpreter/Translator
Title of Witness

*If the patient refuses to sign this document, but has verbally refused the above procedure, write REFUSES TO SIGN above Signature of Patient.

Inmate Name Lee Reed Robert
DC# T15204 Race/Sex B/M
Date of Birth 1/14/81
Institution 119

G2113

DC4-711A (Effective 8/13) (Page 1 of 2)

Incorporated by Reference in Rule 33-401.105, F.A.C.

**PART B - RESPONSE**

| LEE, ROBERT | T15204 | 1909-119-069 | SANTA ROSA C.I. | G1211L |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

YOUR REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL HAS BEEN RECEIVED, REVIEWED AND EVALUATED.

THIS INCIDENT IS UNDER REVIEW BY THE USE OF FORCE UNIT OF THE OFFICE OF THE INSPECTOR GENERAL. UPON COMPLETION OF THIS REVIEW, INFORMATION WILL BE PROVIDED TO APPROPRIATE ADMINISTRATORS FOR FINAL DETERMINATION AND HANDLING.

BASED ON THE ABOVE INFORMATION, YOUR GRIEVANCE IS DENIED.

FUTURE INQUIRIES CONCERNING THESE ALLEGATIONS SHOULD BE ADDRESSED TO THE INSTITUTIONAL INSPECTOR BY SUBMITTING A DC6-236, INMATE REQUEST.

A COPY OF THIS GRIEVANCE HAS BEEN FORWARDED TO THE INSTITUTIONAL INSPECTOR.

P. RODRIGUEZ

WALKER CLEMMONS, WARDEN

| [signature] | [signature] | 9/5/19 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

Acting

SEP 06 2019

Lee. R. #T15204 3:20-cv-5462-MCR-HTC

Robert S. Lee # T15204
Santa Rosa Correctional Institution
5850 East Milton Road
Milton, FLA. 32583

Legal mail

MAILED FROM A STATE CORRECTIONAL INSTITUTION

US POSTAGE PITNEY BOWES
ZIP 32583 $ 002.00
02 4R
0000368416 MAR 03 2021

RECEIVED MAR 05 2020

United States District Court
1 Northern Palafox Street
Pensacola, Florida 32502