PROVIDED TO
SANTA ROSA C.I. ON
JUN 18 2021
FOR MAILING BY KL CH

United States District Court
Northern District of Florida
Pensacola Division

Motion To Compel
Discovery

Robert Sinclair Lee,
Plaintiff,

v.

CASE NO.: 3:20-cv-5462-MCR-HTC

Captain Tyler McCraine, Et.Al.
Defendant(s).

Plaintiff has attempted to recieve documents From the Attorney numerous times! See Letter From Attorney General. IF counsel recieved the payment on May 24th 2021 why so long for the delay to process it. Then a second payment was made June 4, 2021 still the attorney is holding up processing the payment.

In accordance w/ Rule 37(a) Plaintiff seeks to be provided w/ any and all documents requested b/c he wishes to seek justice and the Attorney is trying to hender his fair chance to successfully prepare for further court proceedings.

Plaintiff has sent out several special withdraws here at the institution and it appears that those money withdraws are being tampered with.

Here is proof that sufficent funds is on his inmate account. The Attorney even stated in writing on the invoice; that long as money is on his account the money can be deducted.

Prison OFFicals are giving Plaintiff a hard time when he trys to send the funds out his Account to the Attorney General.

Remedy Seeking For All documents provided & the Attorney deduct the funds from Plaintiff's Account just as the document request says. So he can fully prepare for Summary Judgment

FILED USDC FLND PN
JUN 21 '21 PM3:23

and Trial. NO FURTHER RELIEF IS NECESSARY

Documents needed: 1) Incident Reports 2) Inspector General Findings 3) Disciplinary Files of Defendants 4) Personnel Files of Defendants

Under penalties of perjury, I certify that I understand the contents of the motion to compel, and the facts contained in the motion are true and correct, and is in good-faith.

Declaration and Oath

Under Penalties of Perjury, I declare that I have read the foregoing document, and swear that the facts stated in it are true and correct in accordance with Florida Statutes sec. 92.525 (2).

DATE:
June 18 2021

ROBERT S. LEE
#T15204 pro se

Ex. A3

June 12th, 2021 Via U.S. Mail

Re: Robert Sinclair Lee DC# T15204 v. LT. Tyler McCraine et al., CASE NO.: 3:20-cv-5462-MCR-HTC, U.S. Northern Dist. of Fla., Pensacola Div.

Ms. Miller-Hailey,

IF it's easier on you, just process both checks and send me both copies. Extra copy is needed anyway.

Please don't delay * SUMMARY JUDGMENT & TRIAL TO WORK ON.

IF You and Defendants can make a better offer $B $50,000 set-up.

enclosed is invoice, I sent one around but here's this one back.

Sincerely,

Robert Lee
Pro Se litigation

Enclosed: Document Request Invoice from 2/3/2021

1 of 2 copies





OFFICE OF THE ATTORNEY GENERAL

LINDSEY L. MILLER-HAILEY
Corrections Litigation Bureau
PL-01 The Capitol
Tallahassee, FL 32399-1050
Phone (850) 414-3300
Fax (850) 487-0168
Lindsey.MillerHailey@myfloridalegal.com
*http://www.myfloridalegal.com*

**ASHLEY MOODY**
**ATTORNEY GENERAL**
**STATE OF FLORIDA**

---

June 7, 2021 VIA U.S. Mail

Robert Sinclair Lee DC# T15204
DC# P31311
Santa Rosa Correctional Institution
5850 East Milton Road
Milton, Florida 32583

Re: *ROBERT SINCLAIR LEE DC# T15204 v. LT. TYLER MCCRAINE, et al., CASE NO.: 3:20-cv-5462-MCR-HTC,* U.S. Northern Dist. of Fla., Pensacola Div.

Mr. Lee,

This letter is in reference to checks received in our office on May 24 and June 4, 2021. One check is from inmate accounts for $1.80, dated April 25, 2021 (this was provided to our office June 4, 2021) the other check is for $1.80 and was from Casey Katrina Lewis. We do not know which check you intend to utilize for your document request payment of $1.80, which we provided February 3, 2021. Please respond in writing which check we should process for payment.

Sincerely,

Lindsey L. Miller-Hailey
Assistant Attorney General

*Enclosed: Document Request Invoice from February 3, 2021*

Ex. A2

Confinement Receipt
SANTCW 10-Santa Rosa CI - Confine Wh #10
Operator: WHS119/TSG - L.Hall
Inmate: T15204/LEE, ROBERT S.
06/14/2021 08:23
Receipt #: 57475566
Begin Cante.. Balance: 23.21

| Item | Qty | Unit | Pr | $ | Tax |
|---|---|---|---|---|---|
| 51423 Deodorant, Clear Tube, 2 oz | | | | | |
| | 1 | EA | 4.00 | 4.00 | Y |
| 56056 Notebook Paper, College Rule | | | | | |
| | 1 | EA | 2.40 | 2.40 | Y |
| 56007 Envelope, #10 | | | | | |
| | 15 | EA | 0.08 | 1.20 | Y |

Sub-Total 7.60
Sales Tax 0.54
Total 8.14

main Canteen Balance 15.07

Robert S. Lee #T15204
SANTA ROSA CORRECTIONAL Institution
5850 East Milton Road
Milton, Florida 32583-7914



United States District Court
Northern District of Florida
1 North PalaFox Street
Pensacola, Florida 32502