UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT SINCLAIR LEE,

    Plaintiff,

v.                                   Case No. 3:20cv5462-MCR-HTC

LIEUTENANT T. MCCRAINE,
et al.,

    Defendants.
_____/

## ORDER

This matter is before the Court on Plaintiff's motion to compel, delivered to prison mail officials on June 18, 2021. ECF Doc. 46. The Defendants have responded to the motion (ECF Doc. 47), and upon consideration, the motion is DENIED as MOOT.

In the motion, Plaintiff identifies the documents he needs as "(1) incident report, (2) inspector general findings; (3) disciplinary files of defendants; and (4) personnel files of defendants." ECF Doc. 42 at 2. Plaintiff does not state when these requests were made or whether there were any objections. Regardless, in Defendants' response, Defendants state that they provided the requested documents to Plaintiff at a callout in February and that they have also provided copies of the documents. ECF Doc. 47 at ¶ 8. Defendants also attach a mail log from Plaintiff's

facility showing that Plaintiff signed for documents from the Florida Attorney General's office on July 1, 2021.  ECF Doc. 47-2.

Accordingly, it is ORDERED, the motion to compel, ECF Doc. 46, is DENIED as MOOT.

DONE AND ORDERED this 7th day of July, 2021.

/s/ Hope Thai Cannon
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 3:20cv5462-MCR-HTC