UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT SINCLAIR LEE,

    Plaintiff,

v.                              Case No. 3:20cv5462-MCR-HTC

LIEUTENANT T. MCCRANIE,
et al.,

    Defendants.
_____/

## **ORDER**

    The magistrate judge issued a Report and Recommendation on November 19, 2021. ECF No. 65. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

    Having considered the Report and Recommendation, and the record, I have determined the Report and Recommendation should be adopted.

    Accordingly, it is **ORDERED**:

    1.    The magistrate judge's Report and Recommendation, ECF Doc. 65, is adopted and incorporated by reference in this Order.

2. The Defendants' Amended Motion for Partial Summary Judgment (ECF Doc. 53) is GRANTED, and Plaintiff's Claims 2, 7, 8, 10, 11, and 14 are DISMISSED from the case.[1]

3. Plaintiff's Motion for Summary Judgment (ECF Doc. 49) and Second Amended Motion for Summary Judgment (ECF Doc. 51) are DENIED in their entirety.

4. The clerk shall NOT enter judgment on any claims at this time but should refer the matter back to the magistrate judge for remaining pretrial proceedings.

**DONE AND ORDERED** this 10th day of January 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

[1] The only claims remaining are Plaintiff's Eighth Amendment claims.

Case No. 3:20cv5462-MCR-HTC