United States District Court
Northern District Court of Florida
Pensacola Division

LEGAL MAIL
Provided to Florida State Prison on
4/1/22 for mailing by [signature]

Robert Sinclair Lee,
Plaintiff,

v.                                    Case # 3:20-cv-5462-MCR-HTC

Lieutenant Tyler McCranie, Et Al.,

FILED USDC FLND PN
MAY 2 '22 PM 3:13 GM

Sanctions

In accordance with the Local Rules of the Northern District Court of Florida and Fed. R. Civ. P. 37, plaintiff has attempted in good faith to confer with Attorney Ass't. (Lindsey L. Miller-Hailey) & (Senior Asst. Attorney General Joe Belitzky) ECF Doc. 47 and ECF. Doc. 48 that was denied. *Compelling To Discovery Denial * ECF. Doc. 46 Even sent a REQUEST FOR Admissions Attached 4-20-22

Plaintiff contains the following Facts.

1. There has been only 4 checks sent to the Attorney General Office; Two were processed ¹ #1 June 23, 2021 From my Sister Casey Katrina Lewis #1027 $1.80 the other was processed October 29, 2021 from Plaintiff's inmate account. $6.00

2. Individual checks [0716131] for $1.80 and [0726050] for $5.00 from 4-22-21 and 6-25-21
   Ex. 1 & 2

¹ June 23, 2021 Attorney General Office Processed $1.80 check

3. Those (2) checks were not process an sent back to my account 8-28-21   Ex. Trust Fund Account Statement page 1 & 2.

4. The Asst. Attorney General Lindsey L. Miller-Hailey instructed me in the letter enclosed that the only way to recieve any documents was to pay the right amount with invoice enclosed; see Ex. supra

5. Whomever was processing the special withdraws from Plaintiff's inmate account would take the invoice's out each time so the invoice never would be intact;

6. However Plaintiff sent a [2] $6.00 the end of July 2021 after the motion to compel had been denied for the documents;

7. Ms. Miller-Hailey even said #4 of letter. "I am not obligated to provide you free copies of documents. IF you want copies of responsive documents that you previously reviewed in a discovery callout, you must fill out the documents request form, you must fill out the document request form and mail to me. We will send you an invoice for the requested documents, and at that time you attach a check to the invoice and mail it back to us. As in your case, multiple checks for incorrect amounts will unneccessarily delay our office's ability to process a document request for you. Ex. 3 & 4
    Reviewed May 7, 2021

---

[2] $6.00 check sent while – 2 – after July 1, 2021

8. Asst. Attorney General Ms. Miller-Hailey would have been giving the documents Plaintiff Requested (FREE)
   2 RFP # 5.0001 - Defendants Reponse Documents - through
   2 RFP # 5.0034 - Defendants Reponse Documents - through
   2 RFP # 6.0001 - Defendants Reponse Documents - through
   2 RFP # 6.0006 - Defendants Reponse Documents - end.
   Amounting in $6.00   I signed & Reviewed May 7, 2021
                        page 1 & 2      Ex. 8A & 8B

9. Declaration of Asst Warden Jessica Santingo under penalty of perjury states "#2 At the Request of the ~~Defense~~ Office of the Attorney General, I searched the mail logs of Inmate Robert Sinclair Lee DC# T15204 for incoming legal mail from the Office of the Attorney General after June 23, 2021. Inmate Robert Sinclair Lee signed for mail from the Office of the Attorney General on July 1, 2021 See Att. 1 A & B

10. Yes she is very correct however it was for
    ²1 RFP # 2.001 -.0002 -.0003 -.0004 -.0005 -.0006, 0007 -.0008 -.0009 -.0010 -.0011 -.0012 = $1.80 the check from Casey Katrina Lewis    ¢.15 a pages

11. That purchased the incident reports/sworn affidavit of the defendants. July 1, 2021

12. Plaintiff has not been provided these Records or evidence and the court only goes off what counsel or I provide - so it all makes clear sense how I have been deprived of important evidence in

³ COMPARE ACKNOWLEDGEMENT3 FORMS   $1.80 = June 23, 2021

the case! Because if the court would review my evidence list none of those documents are on the list; Inspector General Suppemental Findings & Defendants Disciplinary Files, and the picture that was took of me after seeing the nurse, seconds afterwards being treated for injuryes.

Wherefore, Plaintiff only request for Relief is the Attorney puts it on the defendants evidence list mainly the picture and anything else the court deems just and proper for sanction your welcome.

/s/ ROBERT S. LEE                    4-25-22
   Pro se Litigate

CERIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion For Sanctions was furnished by U.S. mail to: US District Court, 1 NORTH PALAFOX STREET, Pensacola, FLA. 32502, on April 25, 2022.

/s/ Robert S. Lee
   Robert S. Lee

4

United States District Court
Northern District Court of Florida
  Pensacola Division

Robert Sinclair Lee,
Plaintiff,

v.                                    CASE# 3:20-cv-5462-MCR-HTC

Lieutenant Tyler McCranie Et.AL.,

FILED USDC FLND PN
MAY 2 '22 PM3:14 GM

Plaintiff's
Request For Admissions

Pursuant to Rule 36, Fed. R. Civil P. plaintiff requests the defendants to make the following admissions within 30 days after the service of this request:

1. The plaintiff withdrew $6.00 from his inmate account in July 2021 for discovery documents; Inspector General's Summary findings, Defendants Tona, Dice, Boatwright, C. Jones, Cattnach, & Richburg's disciplinary Files, &: Picture of Plaintiff

2. The plaintiff never recieved those documents and the check was cashed October 29, 2021.

3. The plaintiff was denied these items because the Attorney General Lindsey L. Miller-Hailey even told him the documents can't be delivered without processing the the check. PROOF OF LETTER FROM Asst Att. General Ms Lindsey Miller-Hailey.

- 1 -

'Between July 23, 2021 to       July 30, 2021

4. The Attorney Ms. Miller-Hailey never processed the check herself. She processed a check for $1.80 from CASEY K. LEWIS (Sister)

5. There is a picture of the plaintiff that would be very important for the judge and jury to see how badly he was injured;

6. It appears that Asst. (Senior) Attorney Joe Belitzky has took it upon himself to process a check without proper authority.

7. Senior Asst. Attorney Joe Belitzky has committed a Fruadent act to withhold evidence in the Federal complaint to obstruct justice.

8. The failure to provide these documents presents a denial of due process and equal protection to have a fair and just trial.

I, SWEAR THAT THIS REQUEST FOR Admissions is TRUE AND CORRECT TO MY PERSONAL KNOWLEDGE AND BELIEF.

4-20-22

/s/ Robert S. Lee #715204
F.S.P.
P.O. Box 800
Raiford, FLA. 32083-0800

-2-




**ASHLEY MOODY**
**ATTORNEY GENERAL**
**STATE OF FLORIDA**

OFFICE OF THE ATTORNEY GENERAL

LINDSEY L. MILLER-HAILEY
Corrections Litigation Bureau
PL-01 The Capitol
Tallahassee, FL 32399-1050
Phone (850) 414-3300
Fax (850) 487-0168
Lindsey.MillerHailey@myfloridalegal.com
http://www.myfloridalegal.com

---

August 4, 2021                                                VIA U.S. Mail

Robert Sinclair Lee DC# T15204
Santa Rosa Correctional Institution
5850 East Milton Road
Milton, Florida 32583

Re:   *ROBERT SINCLAIR LEE DC# T15204 v. LT. TYLER MCCRAINE, et al.,*
      *CASE NO.: 3:20-cv-5462-MCR-HTC,* U.S. Northern Dist. of Fla., Pensacola
      Div.

Mr. Lee,

This letter is in reference to the letter received by our office on August 3, 2021, dated July 27, 2021.

1. Your callout on July 21, 2021 was for us to discuss why you were sending our office multiple checks without a document request form, not document review.
2. During our conversation on July 21, 2021 I reminded you that you have the ability to request copies of documents you previously reviewed in discovery. However, documents that were objected to will not be provided.
3. I did tell the Court that you were provided with the responsive documents to your discovery requests to review, and I have your signed acknowledgment forms showing that you did review them.
4. I am not obligated to provide you free copies of documents. If you want copies of responsive documents that you previously reviewed in a discovery callout, you must fill out the document request form and mail it to me. We will send you an invoice for the requested documents, and at that time you attach a check to the invoice and mail it back to us. As in your case, multiple checks for incorrect amounts will unnecessarily delay our office's ability to process a document request for you.
5. At this time, I confirmed that we sent you documents for the $1.80 check we processed on June 23, 2021 with a letter telling you we were sending you the documents you requested as paid for by Casey Katrina Lewis, check number 1027. The $1.80 check and $5.00 check were not processed. Checks that are not processed are voided and returned.

6. Without an invoice provided by our office in response to a document request form, our office will not process random checks from you or anyone on your behalf, as I reiterated to you during our phone call on July 21, 2021.

Sincerely,

Lindsey L. Miller-Hailey
Assistant Attorney General

*Enclosed: Invoice for $6.00, Document Request Form received July 26, 2021, and signed Acknowledgement Forms dated May 7, 2021, and copies of voided check numbers 1046, 0716131, 0726050.*

Ex. 4

1

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

**ROBERT SINCLAIR LEE**
**DC# T15204,**

**Plaintiff,**

v.

**CASE NO. 3:20-cv-5462-MCR-HTC**

**LT. TYLER MCCRAINE, et al.,**

**Defendants.**

_____/

## DECLARATION OF JESSICA SANTIAGO

I, Jessica Santiago, pursuant to 28 U.S.C. § 1746, make this declaration under penalty of perjury and declare that the statements made below are true and correct:

1. My name is Jessica Santiago. I am employed at Santa Rosa Correctional Institution by the Florida Department of Corrections (FDC) as Assistant Warden of Programs.

2. At the request of the Office of the Attorney General, I searched the mail logs of Inmate Robert Sinclair Lee DC# T15204 for incoming legal mail from the Office of the Attorney General after June 23, 2021. Inmate Robert Sinclair Lee signed for mail from the Office of the Attorney General on July 1, 2021. See Att. 1.

3. The foregoing facts are known by me to be true and correct based upon my review of the records. I am over the age of 18, am competent to testify to the foregoing facts, and would so testify if I appeared in court as a witness regarding this matter.

_____         6/30/21
Jessica Santiago                                                Date
Declarant

**Exhibit B**

**Exhibit B Aff. 1**

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**INCOMING LEGAL AND/OR PRIVILEGED MAIL LOG**

**SANTA ROSA C.I. MAIN UNIT**
Institution

**JUNE 30, 2021**
Month/Year

| DC Number | Inmate Name | Date Mail Received by Inst. | From (Full Address of Sender) | Inmate Housing | Inmate Job | Date Mail Received By Inmate | Inmate's Signature | Officer Initials |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |
| T15204 | LEE, ROBERT | 06/30/21 | OFFICE OF THE ATTORNEY GENERAL PL 01, THE CAPITOL TALLAHASSEE, FL 32399-1050 | C2122 | X | 7/1/21 | RL | SH |
| X58771 |  |  |  |  | X |  |  | OFC. C. Henderson |

Page 2 of 6   DC2-522 (Effective 2/23/10)
Incorporated by Reference in Rule 33-210.102, F.A.C.
Case 3:20-cv-05462-MCR-HTC  Document 47-2  Filed 07/01/21  Page 3 of 3

# Document Request Form

Instructions for inmate to obtain copies of the documents:

1) Fill out the attached *Document Request Form (at the bottom of page)*.
2) Return the Document Request Form to Lindsey Miller-Hailey, Assistant Attorney General at the address noted in #4.
3) An invoice will be sent to the inmate along with the Document Request Form for the purchase of the copies. The cost is $.15 per page.
4) The funds may come from your inmate trust account as long as the funds are present in that account; a lien cannot be placed for copying costs. If the funds are not present, you must have a family member, or friend, send a check along with the invoice to my attention to the Office of the Attorney General, PL-01, The Capitol, Tallahassee, FL 32399-1050. The check must be made payable to the Office of the Attorney General.
5) Once payment is received for the requested copies. The documents will be forwarded to the inmate.

_Incident Reports and all pages included_

*I Request to Purchase the following Documents:* IRFP#2.0001  .0010
  0002  .0011
  0003  .0012
  0004
  0005
  0006
  0007
  0008
  0009

_Lee R._

*(Identify by bate stamp number located in the bottom right hand corner)*

_R. Lee  T15204_

*(Inmate Robert Sinclair Lee, DC#T15204)* **Signature***)*

· Ex. Z-3

Robert Sinclair Lee v. L.T. Tyler McLaurine  3:20-cv-5462-mcr-...

# Document Request Form

Instructions for inmate to obtain copies of the documents:

1) Fill out the attached *Document Request Form (at the bottom of page)*.
2) Return the Document Request Form to Lindsey Miller-Hailey, Assistant Attorney General at the address noted in #4.
3) An invoice will be sent to the inmate along with the Document Request Form for the purchase of the copies. The cost is $.15 per page.
4) The funds may come from your inmate trust account as long as the funds are present in that account; a lien cannot be placed for copying costs. If the funds are not present, you must have a family member, or friend, send a check along with the invoice to my attention to the Office of the Attorney General, PL-01, The Capitol, Tallahassee, FL 32399-1050. The check must be made payable to the Office of the Attorney General.
5) Once payment is received for the requested copies. The documents will be forwarded to the inmate.

_Incident Reports and all pages included_

*I Request to Purchase the following Documents:* IRFP#2.0001  .0010
.0002  .0011
.0003  .0012
.0004
.0005
.0006
.0007
.0008
.0009

_Lee R._

*(Identify by bate stamp number located in the bottom right hand corner)*

_R. Lee  T15204_

*(Inmate Robert Sinclair Lee, DC#T15204)* **Signature**

**Exhibit A**

Robert Sinclair Lee, DC#T15204 v. McCraine, et al
AG#L20-4-2346; Case No. 3:20-cv-5462

# ACKNOWLEDGMENT OF INMATE ROBERT SINCLAIR LEE, DC# T15204

*******************************************

# I, ROBERT SINCLAIR LEE, DC# T15204, acknowledge that I have been able to review the following:

Documents bates numbered:
*Defendants Response Documents.2RFP#5.0001 through Defendants Response Documents.2RFP#5.0034*

*********************************************************************

Signed Inmate: Robert Lee   T15204

Signed FDC Staff: J. Dean

Dated: 5-7-2X

Robert Sinclair Lee, DC#T15204 v. McCraine, et al
AG#L20-4-2346; Case No. 3:20-cv-5462

# ACKNOWLEDGMENT OF INMATE ROBERT SINCLAIR LEE, DC# T15204

****************************************

I, ROBERT SINCLAIR LEE, DC# T15204, acknowledge that I have been able to review the following:

Documents bates numbered:
*Defendants Response Documents.2RFP#6.0001 through Defendants Response Documents.2RFP#6.0006*

****************************************************************

Signed Inmate: _Robert Lee_    T15204

Signed FDC Staff: _J. Dean_

Dated: 5-7-2X

FLORIDA DEPARTMENT OF CORRECTIONS
TRUST FUND ACCOUNT STATEMENT
FOR: 03/21/2021 - 09/21/2021

ACCT NAME: LEE, ROBERT S.
BED: C2122S
PO BOX:

ACCT#: T15404
TYPE: INMATE TRUST

| POSTED DATE | NBR | TYPE | REFERENCE NUMBER | FAC | REMITTER/PAYEE | +/- | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 07/22/21 | 223 | LIEN PAYMENT MEDICAL CO-PAY | 072221222623 - 05/15/2021 | 000 0513210900DS | | - | $5.00 | $74.52 |
| 08/17/21 | 023 | CANTEEN SALES | 11920210816 | 000 | | - | $13.15 | $61.37 |
| 08/21/21 | 027 | CANTEEN SALES | 11920210820 | 000 | | -( | $13.15) | $74.52 |
| 08/24/21 | 027 | CANTEEN SALES | 11920210823 | 000 | | - | $13.37 | $61.15 |
| 08/28/21 | 177 | INDIVIDUAL CHEC | 07161311 | 000 | ATTORNEY GENERAL OFFICE | -( | $1.80) | $62.95 |
| 08/28/21 | 178 | INDIVIDUAL CHEC | 07260050 | 000 | ATTORNEY GENERAL OFFICE | -( | $5.00) | $67.95 |
| 08/30/21 | 141 | PROCESSING FEE | WEEKLY DRAW | 000 | | - | $0.13 | $67.82 |
| 09/08/21 | 027 | CANTEEN SALES | 11920210907 | 000 | | - | $7.59 | $60.23 |
| 09/10/21 | 124 | MULTI-PARTY CHE | 0742067 | 000 | FLORIDA DEPARTMENT OF COR | - | $0.30 | $59.93 |
| 09/13/21 | 141 | PROCESSING FEE | WEEKLY DRAW | 000 | | - | $0.08 | $59.85 |
| 09/21/21 | 027 | CANTEEN SALES | 11920210920 | 000 | | - | $17.67 | $42.18 |

ENDING BALANCE 09/21/21 $42.18

| LIEN DATE | TYPE OF LIEN | LIEN FACL | AMOUNT OF LIEN | AMOUNT STILL OWED |
|---|---|---|---|---|
| SUMMARY | FEDERAL PRISON LITIGATION | | $350.00 | $247.25 |

```
                              FLORIDA DEPARTMENT OF CORRECTIONS
                                   TRUST FUND ACCOUNT STATEMENT
                                   FOR: 03/21/2021 - 09/21/2021

ACCT NAME: LEE, ROBERT S.          ACCT#: T15204
     BED: C2122S                   TYPE: INMATE TRUST
     PO BOX:
                                                       BEGINNING BALANCE 03/21/21    $37.70

 POSTED                         REFERENCE
 DATE     NBR     TYPE          NUMBER           FAC   REMITTER/PAYEE      +/-   AMOUNT    BALANCE
 ------   ---   --------------  ---------------  ---   -------------------  ---  --------  --------
 03/22/21 139  PROCESSING FEE   WEEKLY DRAW      000                        -    $0.16     $37.54
 03/23/21 250  LEGAL POSTAGE W  2021030301       000                        -    $1.80     $35.74
 03/23/21 250  LEGAL POSTAGE W  2021030302       000                        -    $1.80     $33.94
 03/23/21 250  LEGAL POSTAGE W  2021030303       000                        -    $1.80     $32.14
 03/24/21 027  CANTEEN SALES    11920210323      000                        -    $19.37    $12.77
 03/29/21 139  PROCESSING FEE   WEEKLY DRAW      000                        -    $0.19     $12.58
 03/30/21 027  CANTEEN SALES    11920210329      000                        -    $11.52    $1.06
 04/05/21 143  PROCESSING FEE   WEEKLY DRAW      000                        -    $0.12     $0.94
 04/08/21 192  JPAY DEPOSIT     129813364        000   LEWIS, THENETHA      +    $93.75    $94.69
 04/08/21 195  LIEN PAYMENT     0408211926900    000                        -    $18.75    $75.94
                FED PRISON LITI - 06/29/2020          320CV5462
 04/13/21 025  CANTEEN SALES    11920210412      000                        -    $16.66    $59.28
 04/19/21 141  PROCESSING FEE   WEEKLY DRAW      000                        -    $0.17     $59.11
 04/20/21 027  CANTEEN SALES    11920210419      000                        -    $21.57    $37.54
 04/22/21 177  INDIVIDUAL CHEC  0716131          000   ATTORNEY GENERAL OFFICE -  $1.80    $35.74
 04/23/21 027  CANTEEN SALES    11920210422      000                        (    $21.57)   $57.31
 04/27/21 027  CANTEEN SALES    11920210426      000                        -    $13.96    $43.35
 05/01/21 027  CANTEEN SALES    11920210430      000                        (    $13.96)   $57.31
 05/04/21 027  CANTEEN SALES    11920210503      000                        -    $21.78    $35.53
 05/07/21 027  CANTEEN SALES    11920210506      000                        (    $21.78)   $57.31
 05/15/21 165  MEDICAL CO-PAY   05132109C0DS     000   05132109000DS        -    $0.00     $57.31
                LIEN CREATED    - 05/15/2021
 05/18/21 029  CANTEEN SALES    11920210517      000                        -    $23.38    $33.93
 05/24/21 149  PROCESSING FEE   WEEKLY DRAW      000                        -    $0.23     $33.70
 05/25/21 029  CANTEEN SALES    11920210524      000                        -    $10.39    $23.31
 05/26/21 027  CANTEEN SALES    11920210525      000                        (    $10.39)   $33.70
 06/02/21 027  CANTEEN SALES    11920210601      000                        -    $10.39    $23.31
 06/07/21 148  PROCESSING FEE   WEEKLY DRAW      000                        -    $0.10     $23.21
 06/08/21 027  CANTEEN SALES    11920210607      000                        -    $13.72    $9.49
 06/09/21 027  CANTEEN SALES    11920210608      000                        (    $13.72)   $23.21
 06/15/21 029  CANTEEN SALES    11920210614      000                        -    $8.14     $15.07
 06/21/21 147  PROCESSING FEE   WEEKLY DRAW      000                        -    $0.08     $14.99
 06/22/21 027  CANTEEN SALES    11920210621      000                        -    $1.92     $13.07
 06/25/21 197  INDIVIDUAL CHEC  0726050          000   ATTORNEY GENERAL OFFICE -  $5.00    $8.07
 06/28/21 144  PROCESSING FEE   WEEKLY DRAW      000                        -    $0.02     $8.05
 06/29/21 028  CANTEEN SALES    11920210628      000                        -    $6.31     $1.74
 06/30/21 028  CANTEEN SALES    11920210629      000                        (    $1.16)    $2.90
 07/05/21 145  PROCESSING FEE   WEEKLY DRAW      000                        -    $0.05     $2.85
 07/13/21 027  CANTEEN SALES    11920210712      000                        -    $2.79     $0.06
 07/19/21 145  PROCESSING FEE   WEEKLY DRAW      000                        -    $0.03     $0.03
 07/22/21 166  LEGAL POSTAGE W  2021060701       000                        -    $0.51     $0.48-
 07/22/21 222  JPAY DEPOSIT     133306920        000   LEWIS, THENETHA      +    $100.00   $99.52
 07/22/21 223  LIEN PAYMENT     0722212222623    000                        -    $20.00    $79.52
                FED PRISON LITI - 06/29/2020          320CV5462
```

Robert S. Lee #T15204
Florida State Prison
P.O. Box 800
Raiford, FLA. 32083-0800

LEGAL MAIL

United States District Court
1 NORTH PALAFOX STREET
Pensacola, FLORIDA 32502

LEGAL MAIL
Provided to Florida State Prison on 4/25/22 for mailing by ︎