United States District Court
Northern District Court of Florida
Pensacola Division

Robert Sinclair Lee,
Plaintiff,

v.                                    3:20-cv-5462-MCR-HTC

Lieutenant Tyler McCranie, Et. Al.,
Defendants

LEGAL MAIL
Provided to Florida State Prison on 5/13/22 for mailing by [initials]

FILED USDC FLND PN
MAY 20 '22 PM 2:06 GM

## Contempt Authority "Amended Sanctions"

In accordance with the Local Rules of the Northern District Court of Florida § 636. Jurisdiction, powers, and temporary assignment.

As described prior in ECF. Doc. 82 and 83; Good Cause has been shown * ECF. Doc. 46, 47, 48. The Attorney's Lindsey Miller-Hailey and Joe Belitzky are at fault for misleading the courts, fraud and obstructing the administration of justice.

The offense has hindered & mislead the plaintiff to properly use evidence that he paid the Attorney General Office! Now he's limited in the trial process before the Court and Jury.

These acts really are more serious (due process and equal protection of the law) violations of the U.S. Constitution! Giving the Court false information to deny the plaintiff's motion to

1

Compel which he rightfully & timely filed so the court could intervene.

"Rule 37 Sanctions": The parties are advised that if a party fails to cooperate in discovery, sanctions may be imposed on the recalcitrant party. See Fed. R. Civ. P. 37 Furthermore, prior to filing a motion to compel, the moving party must provide certification that the "movant has in good faith conferred or attempted to confer with the person or party failing to make discovery or disclosure" in an effort to avoid judicial intervention. Fed. R. Civ. P. 37(a)(1).

§636(iii) the act constitutes a civil contempt ~

the magistrate judge shall forthwith certify the facts to a district judge and may serve or cause to be served, upon any person whose behavior is brought into question under this paragraph, an order requiring such person to appear before a district judge upon a day certain to show cause why that person should not be adjudged in contempt by reason of the facts so certified. The district judge shall thereupon hear the evidence as to the act or conduct complained of and, if it is such as to warrant punishment, punish such in the same manner and to the same extent as for a contempt committed before a District Judge.

This complaint needs to be addressed because The Attorney General's Office has thwarted justice in the case before the Honorable Courts. Had Plaintiff been in possession of the documents his Pretrial Narrative Statement, Witness list and Evidence list would have -2- been more completed;

Relief Seeking. JUSTICE AND

Whatever sanctions the Court feels necessary, because the fatal act has messed up the schedule and orders and pending trial in this matter. WE ALL MUST BE HELD ACCOUNTABLE IN SITUATIONS SUCH AS THIS! EQUAL PROTECTION OF THE LAW — This would and could destory any fair chance I have in my argument before the Court and Jury.

/S/ Robert Sinclair Lee #715204          5-12-22
PRO SE Litigate F.S.P.                        DATE
P.O. Box 800
Raiford, FLA. 32083


CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT THIS CONTEMPT AUTHORITY Has been writing in my handwritten and is true and correct. It has been placed in the hands of F.S.P. legal mail offical for mailing to: US District Court, 1 North Palafox Street, Pensacola, Florida 32502. on this May 12, 2022.

/s/ ROBERT S. LEE #715204
F.S.P.
P.O. Box 800
Raiford, FLA. 32083

—3—



CHECKED MAY 20 2022

United States District Court
100 N. Palafox Street
Pensacola, FLA. 32502

Robert Sinclair Lee #T15204
Florida State Prison
P.O. Box 800
Raiford, Florida 32083

LEGAL MAIL
Provided to Florida State Prison on
5/13/22 for mailing by ___