UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT SINCLAIR LEE,

    Plaintiff,

v.                                                       Case No. 3:20cv5462-MCR-HTC

LIEUTENANT T. MCCRAINE,
et al.,

    Defendants.

_____/

## ORDER

This matter is before the Court on Plaintiff's motion titled "Contempt Authority 'Amended Sanctions'" which appears to be a request for the undersigned to refer the matter for a civil contempt proceeding against Defendants' counsel before the District Judge under 28 U.S.C. § 636(e)(6)(B)(iii).  ECF Doc. 90.  While Plaintiff sent the motion to the clerk for filing, it appears Plaintiff **did not** serve a copy of the motion on the Defendants' counsel, as he was required to do.  In this Court's August 12, 2020 Order directing service, this Court explicitly told Plaintiff he "must mail to the attorney for each Defendant a copy of every pleading or paper he submit for filing in this Court."  ECF Doc. 18 at 3.  The same Order also directs Plaintiff that he should include a certificate of service indicating same on each

document he files with the Court **and** that deficient documents will be returned without action.[1]  *Id.*

The motion is further deficient in that it does not include a certificate of conference.  As set forth in the Court's Case Management Scheduling Order, ECF Doc. 28, the Court will not entertain a discovery sanctions order unless the parties have attempted to resolve the issues.  Finally, other than a conclusory allegation that the attorneys "are fault for misleading the courts, fraud and obstructing the administrative of justice," nowhere in his amended motion or first motion for sanctions does Plaintiff make clear what it is that he believes counsel did.  He does not identify what documents, if any, were withheld or when they were requested.  Moreover, he does not explain why these motions are coming now, *after* discovery has been closed.

Accordingly, it is ORDERED:

Plaintiff's motion for contempt, ECF Doc. 90, is DENIED.

DONE AND ORDERED this 26th day of May, 2022.

*/s/ Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] It has also come to the Court's attention that the initial motion for sanctions (ECF Doc. 85) was also not served on Defendants' counsel and did not comply with this Court's prior Order.  Thus, that document should also have been returned to Plaintiff without action.  Regardless, because the Court did not notice that deficiency, it considered the motion and denied it on the merits.